| | | Appendix — Page | 1 | of | 1 |

DEFENDANT: **DANIEL REX KALER**
CASE NUMBER: **0862 5:25CR04016-001**

(Filed Under Seal)
## RESTITUTION PAYEES

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Jones Day in trust for "Eliza"** | | $3,000 | 1 |
| **Deborah A. Bianco in trust for "Pia"** | | $3,000 | 1 |
| **Total** | | $6,000 | |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.